# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| LAMAR O. LEMONS | § |
| | § |
| v. | §   CIVIL ACTION NO. 3:22-CV-2626-S-BN |
| | § |
| CREEKWOOD APT | § |

## **ORDER**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Objections were filed, and the Court has made a de novo review of those portions of the proposed findings, conclusions and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED January 12, 2023.

_____
**UNITED STATES DISTRICT JUDGE**